**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **THE RIGHT TOUCH, INC. OF HAMMOND, DEVON WELLS AND BECKY JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1453** |
| **WESTCHESTER SURPLUS LINES INSURANCE COMPANY AND STIEL INSURANCE NORTHSHORE, INC** | **SECTION "B" (5)** |

## ORDER AND REASONS

Given the Court's Order and Reasons (Rec. Doc. 49) dismissing the claims of plaintiffs Devon Wells, Becky Jackson, and The Right Touch, Inc. of Hammond, and with reservation of jurisdiction to resolve pending and **highlighted** sanction issues,

**IT IS ORDERED** that defendant Westchester Surplus Lines Insurance Company's Motion for Summary Judgment on Bad Faith Claims (Rec. Doc. 39), Motion to Exclude Experts (Rec. Doc. 41), Motion to Strike (Rec. Doc. 44), and Motion to Continue Trial and Reset Pretrial Deadlines (Rec. Doc. 45) are **DISMISSED AS MOOT**. **Westchester's Motion to Compel and for Sanctions (Rec. Doc. 46) remains pending before Magistrate Judge Michael North, with resolution of same directed no later than July 13, 2026.**

**IT IS FURTHER ORDERED** that the final pretrial conference and trial dates in the above-captioned matter are **VACATED**.

New Orleans, Louisiana, this 30th day of June 2026

_____
SENIOR UNITED STATES DISTRICT JUDGE

1